

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2014

No. 04-14-00323-CR

Steven **BELTRAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 431439
The Honorable Monica A. Gonzalez, Judge Presiding

# O R D E R

Appellant's brief was originally due on July 7, 2014, and appellant has been granted three extensions of time, the latest until September 22, 2014. Appellant is represented on appeal by appointed counsel, Mr. Alfonso Otero. We note that in Mr. Otero's second and third request for an extension of time, he represented the request would be his "last." On September 22, 2014, Mr. Otero filed a motion asking this court to abate this appeal so that he may request findings of fact and conclusions of law from the trial court. Mr. Otero concedes such findings and conclusions were not timely requested pursuant to Texas Rule of Civil Procedure 296.

We GRANT the request and ABATE this cause to the trial court to provide the trial court with an opportunity to decide whether it wishes to enter findings of fact and conclusions of law. However, because appellant's brief was originally due July 7, 2014, we will abate this cause only until October 14, 2014.

Mr. Otero is hereby ORDERED, no later than October 15, 2014, (1) to inform this court in writing whether or not he has obtained his requested finding and conclusions, and (2) if he has, to provide written proof that he has requested a supplemental clerk's record containing such finding and conclusions. If Mr. Otero fails to obtain finding and conclusions from the trial court by October 14, 2014, this appeal will be reinstated on this court's docket, and appellant's brief will be due no later than November 13, 2014.

**NO FURTHER EXTENSIONS OF TIME WILL BE CONSIDERED OR GRANTED and this appeal is subject to further abatement for an abandonment hearing if Mr. Otero fails to comply with these deadlines.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2014.

Keith E. Hottle
Clerk of Court